## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ROBERT MANCHESTER | : | No. 292 WAL 2022 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| LINCARE HOLDINGS INC. AND LIBERTY | : | |
| INSURANCE COMPANY (WORKERS' | : | |
| COMPENSATION APPEAL BOARD) | : | |
| | : | |
| | : | |
| PETITION OF: ROBERT MANCHESTER | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.